UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

SUE A. M.,

    Plaintiff,

vs.

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

    Defendant.

Case No. 3:22-cv-171

District Judge Michael J. Newman
Magistrate Judge Chelsey M. Vascura

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 12); (2) REVERSING THE COMMISSIONER'S NON-DISABILITY FINDING; (3) MAKING NO FINDING AS TO WHETHER PLAINTIFF WAS UNDER A "DISABILITY" WITHIN THE MEANING OF THE SOCIAL SECURITY ACT; (4) REMANDING THIS MATTER TO THE SOCIAL SECURITY ADMINISTRATION UNDER SENTENCE FOUR OF 42 U.S.C. § 405(g) FOR FURTHER CONSIDERATION CONSISTENT WITH THIS DECISION; AND (5) TERMINATING THIS CASE ON THE DOCKET**

This Social Security case is before the Court on the Report and Recommendation issued by United States Magistrate Judge Chelsey M. Vascura, to whom this case was referred pursuant to 28 U.S.C. § 636(b). Doc. No. 12. Judge Vascura recommended that the ALJ's non-disability finding be reversed. *Id.* at PageID 1189–93. No objections were filed. As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(a), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all filings in this matter.

Upon careful *de novo* consideration of the foregoing, the Court determines that the Report and Recommendation (Doc. No. 12) should be adopted. Accordingly, it is hereby **ORDERED** that: (1) the Report and Recommendation (Doc. No. 12) is **ADOPTED** in full; (2) the Commissioner's non-disability finding is **REVERSED**; (3) no finding is made as to whether

Plaintiff was under a "disability" within the meaning of the Social Security Act; (4) this matter is **REMANDED** to the Social Security Administration under sentence four of 42 U.S.C. § 405(g) for further consideration consistent with this decision; and (5) this case is **TERMINATED** on the docket.

    **IT IS SO ORDERED.**

December 2, 2022                        s/ Michael J. Newman
                                                          Hon. Michael J. Newman
                                                          United States District Judge