UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

SUE M.,

    Plaintiff,                                                Case No. 3:22-cv-171

vs.

COMMISSIONER OF THE SOCIAL          District Judge Michael J. Newman
SECURITY ADMINISTRATION,              Magistrate Judge Chelsey M. Vascura

    Defendant.

---

**ORDER: (1) GRANTING THE PARTIES' JOINT MOTION FOR AN AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (Doc. No. 15); AND (2) AWARDING PLAINTIFF $4,900.00 IN EAJA FEES**

---

This Social Security case is before the Court on the parties' joint motion for attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), in the amount of $4,900.00. Doc. No. 15. The parties do not dispute that all requirements are met for a reasonable award of EAJA fees. *Id.* at PageID 1197. Therefore, the Court: (1) **GRANTS** the parties' joint motion (Doc. No. 23); and (2) **AWARDS** Plaintiff EAJA fees in the amount of $4,900.00. Counsel for the parties shall verify whether Plaintiff owes a pre-existing debt to the United States subject to offset, consistent with *Astrue v. Ratliff*, 560 U.S. 586 (2010). If no such pre-existing debt exists, Defendant shall pay the EAJA award directly to Plaintiff's counsel pursuant to the EAJA assignment signed by Plaintiff and his counsel. No further matters require review in this case; accordingly, it remains **TERMINATED** upon the Court's docket.

    **IT IS SO ORDERED.**

      March 1, 2023                                    s/ Michael J. Newman
                                                                   Hon. Michael J. Newman
                                                                    United States District Judge